# MEMORANDUM

**GEO**
Secure Services™

GEO Secure Services™
Lawton Correctional and
Rehabilitation Facility
8607 SE Flower Mound Road
Lawton, OK 73501

Tel: 580-351-2778
Fax: 580-351-2641
www.geogroup.com

Date:  September 24, 2020

To:    Inmate Population

From:  Dr. M. Bowen, Facility Administrator, LCRF

## RE:    RETURN TO COVID-19 PHASE 1

Due to a recent increase in positive COVID-19 cases across the facility, and out of an abundance of precaution, the facility is being placed on COVID-19 Phase 1 Operations, which will involve 1 tier at a time being released from their cells for dayroom and shower activities for 3 hours per day.  We will return to COVID-19 Phase 3 operations as soon as feasible.

Your continued cooperation during this time is greatly appreciated.

notes: "Exhibit- In septaff
2020 filed section 1983
In U.V. Western Dist Court
of Okla Etc.

Sl, Antore Lammandingo Knox
Alishaka I, Mandingozu/0-El
#191620